[No. 19787–8–I.   Division One.   September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD ROBERT WOLF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–02279–3, Norman W. Quinn, J., entered December 12, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, J., Scholfield, C.J., dissenting.

[No. 20143–3–I.   Division One.   September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH EARL PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01690–9, Herbert M. Stephens, J., entered March 23, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Webster and Pekelis, JJ.

[No. 21078–5–I.   Division One.   September 6, 1988.]

ERIC KOVATCH, *Appellant,* v. THE CITY OF AUBURN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–10661–0, Norman W. Quinn, J., entered September 15, 1987. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Swanson, J., and Williams, J. Pro Tem.